3:20cv2
Groh
Tromble
Sims

Bivens

In the United States District Court for the Northerning District of West Virgina

Allen Woods,

No. 44691-066

v.

Hazelton U.S.P.

FILED

JAN 03 2020

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

" EMERGENCY NOTICE "
Motion To Be Granted To Use Extention Cord For Typewriter While In Cell While On Twenty Four Hour Lock Down Seven Days.

Now Comes Defendant Allen Woods In Pro Se Seeking Relief from the Honorable Court to be granted to use the extention cord inorder to use the typewriter

Defendant, has a court order deadline to file his 28 U.S.C. § 2255 Ineffective assistance of Counsel Motion Which is on the date of January 16, 2020 from the Third Circuit District.

Defendant was given an extention of time by the District Court Judge of six Months. Because of lockdowns here at Hazelton U.S.P. From killings, over does, fights, fogs, lack of staff, And executive Administration personal reasons. At the present time the institution is on twenty four hour lockdown seven days a week. Since December 14th, 2019. Defendant has been granted to use the Law library typewriter while in his cell 215 by Unit team. The Unit officers and the Lt's and the Duty officer are presently denying to use the extention cord while the typewriter is in defendant cell. Defendant has shown the Unit team my court order deadline papers, and allowed defendant to use typewriter while in lockdown in cell, and to no avail. Defendant bring to the Court attention" that defendant is being ignored by staff because defendant was beating up by officer Duley, and placed into S.H.U. for No reason.

(2)

On June 18, 2019 Defendant was at work at 7:00 AM in the chow hall and officer Duley ask me where do I work, I said "herein the chow hall" and he stated I don't work in the chow hall. So he ordered defendant to leave. Defendant left the chow hall and spoke to F/S Administrator Mr. Bittenger, he stated to defendant to return back into the chow hall, to work. Officer Duley, refuse to believe I work into the chow hall, and refuse to accept that the captain and Bittenger told me to return back to work into chow hall. So he assaulted beat me while being escorted leaving the chow hall. Defendant is being denied to use extention cord for typewriter because defendant has filed his administration remedy forms on officer Duley. So now his click is harassing me and hindering me from filing and using typewriter. See: Attached sheet. Exhibit.

(3)

① Defendant is being denied recreation and being denied to be exscorted down to the Law Library typing Room on D-2 where there are two type writers thats not being used. Defendant requested to use type writer in cell or to be escorted down into typewriter Room to use typewriters.

② Defendant is requesting to be escorted down into typing Room to type legal Motion or to be escorted down to bring type writer back into cell. Unit team Mr. J. McCall case manager D-2 And Mr. Vankirk, counsel

Dated:
December 30, 2019

Allen Woods
No. 44691-066
U.S.P. Hazelton

# CERTIFICATE of SERVICE

I, Allen Woods, certify that a true and correct copy of the foregoing Motion has been forward to the United States District Court for the Northern District of West Virginia to the clerk of Court.

ATTN: Inmate Litigation clerk
Clerk, U.S. District Court
P.O. Box 2857
Clarkburg, WV 26302

Dated: December 30, 2019

Allen Woods
Allen Woods

Respectfully Submitted

U.S.P. Hazelton
(5) P.O. Box 2000
Bruceton Mills, WV. 26525